IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 FEB -9  A 10:07

Martin Taylor 153251
_____
Full name and prison number
of plaintiff(s)

v.

Ms. Sandra Hayes
_____

~~Mrs. Gwendolyn Moseley~~ Drop
_____

_____

_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:06 CV126 -T
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court
       dealing with the same or similar facts involved in this
       action?  YES (  )  NO ( ✓ )

   B.  Have you begun other lawsuits in state or federal court
       relating to your imprisonment?  YES (  )  NO ( ✓ )

   C.  If your answer to A or B is yes, describe each lawsuit
       in the space below.  (If there is more than one lawsuit,
       describe the additional lawsuits on another piece of
       paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff(s) _____

           _____

           Defendant(s) _____

           _____

       2.  Court (if federal court, name the district; if
           state court, name the county) _____

           _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Easterling Correctional Facility_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Easterling Correctional Facility_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Ms. Sandra Hayes | Easterling Corr. Fac. 200 Wallace Dr. Clio, Al 36017 |
| 2. | ~~Mrs. Gwendolyn Moseley~~ (Drop) | Easterling Correctional Facility 200 Wallace Dr. Clio, Al 36017 |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED January 3, 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Ms. S. Hayes has threatened not to transfer me to lower level camp or put me in for minimum custody in or out as evidence submitted shows unless I take programs (crime bill SAP) I'm not court ordered to take. Notice: Her comments on Exhibit A

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Mrs. Sandra Hayes totally disregards the fact I'm not court ordered, I have certificates in my file for drug treatment completion 2 months before my sentencing and remained clean. Thats why Judge didn't order me to take the programs

GROUND TWO: Used a improper probation report for her decision. I have only a possesion charge.

SUPPORTING FACTS:

Probation report disputed in Jefferson Co. Court. I'm not 5"6 = I'm 6"0
I don't have 107 misdeameanors
I don't have 12 felonies

GROUND THREE: ~~Classification~~ She's not going by classification manual

SUPPORTING FACTS: Inmate with clear record should be put in for custody change and work-release etc. after 90 to 180 days. I'm non-violent and qualify for minimum in custody and minimum out custody as well as work-release and lower-level prisons.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Have Ms. Sandra Hayes put me in for lower custody, dismiss me from taking Crime Bill SAP and not hold it against me at parole review this year. Let me choose programs that I feel will help me.

*Martin Taylor*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on February 5, 2006.
(Date)

*Martin Taylor*  153251
Signature of plaintiff(s)

4