*\* = Evidence : Exhibit A*




## STATE OF ALABAMA
## DEPARTMENT OF CORRECTIONS

**EASTERLING CORRECTIONAL FACILITY**
200 WALLACE DRIVE
Clio, Alabama 36017-2615
334-397-4471

**Bob Riley**
Governor

**Donal Campbell**
Commissioner

TO : *Taylor, Martin B/N 153251C*

FROM: Sandra Hayes, Classification Specialist

DATE: *Jan. 31, 2006*

RE : File Review

Your institutional file has been reviewed:

Custody: _____medium   _____min-in   _____min-out

Program needs:  _____ABE   _____Trade School   ✓ SAP/TC/Dual Diagnosis  *CBSAP*
✓ NA/AA   _____Stress Management   ✓ Reality Therapy
✓ Values Clarification   _____Depression   _____Sexual Adj.
_____Anger Induced Acting Out   _____Anger Management
_____Self-Concept Enhancement   _____Healthy Use of Leisure
_____Personal Development   _____Relapse
_____Sex Offenders Anonymous   _____Domestic Violence Program

Eligibility Dates for Custody Reductions:
*no* SIR  *no* Work Release  *no* Min-Out  *no* Min-in

Semi-Annual Review Date: *5/05*. You will not be present during your Semi-Annual Review. If a change in custody and/or placement is being recommended, you will be served a 24 hour notice for progress review.

The Classification Committee will conduct your Annual Progress Review *1/06*. Your presence is required, therefore, advance notification will be furni----

Comments: *You will not leave Easterling until CBSAP But SAP is Completed.*

*PED: 9/2006,   MED 5/15/2010*

If you have any questions, my open house is Tuesday/Wednesday/Thursday, 1:30 - 3:30 p.m.

cc: Institutional File