M/D-6

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
~~Southern~~ Northern DIVISION

RECEIVED
2006 FEB -9 A 10: 07

Martin Taylor 153251 )
_____ )
_____ )
_____ )
Plaintiff(s)         )
                     )
         v.          )     2:06 CV 126-mht
Ms. Sandra Hayes ___ )
_____ )
_____ )
_____ )
Defendant(s)         )

MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) __Martin Taylor_____

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_____Martin Taylor_____
Plaintiff(s) signature

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
*IN FORMA PAUPERIS*

I, __Martin Taylor__, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?  YES ( )  NO (✓)

    A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. __November 1993 worked 4 month $500.00 a month__

2. Have you received within the past 12 months any money from any of the following sources?

    A. Business, profession, or form of self-employment?   YES ( )  NO (✓)

    B. Rent payments, interest, or dividends?   YES ( )  NO (✓)

    C. Pensions, annuities, or life insurance payments?   YES ( )  NO (✓)

    D. Gifts or inheritances?   YES ( )  NO (✓)

    E. Any other sources?   YES (✓)  NO ( )

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. __My mother (Ruby Kirkendall) has sent a few dollars from time to time since incarcerated these few months at Easterling Correctional Facility. Thank you.__

3.  Do you own cash, or do you have money in a checking/savings account?
    YES ( )   NO (✓)

    If the answer is YES, state the total value of the items owned. _____
    _____
    _____
    _____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   YES ( )   NO (✓)

    If the answer is YES, describe the property and state its approximate value. _____
    _____
    _____
    _____

5.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____
    —0—
    _____
    _____

    _____
    Plaintiff

STATE OF ALABAMA
COUNTY OF _____ Barbour _____

Subscribed and sworn to before me on this _5th_ day of _February_,
~~199~~ 2006, at _Barbour County_, Alabama.

_____
NOTARY PUBLIC in and for said County,
in said State

(SEAL)

My commission expires _August 3, 2009_.

OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _2-7-06_.

_____
Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.
Executed on __2-7-06__.
                (date)

_____*Marter Taylor*_____
Signature of Affiant

153251

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ __11.44__ on account to his credit at the __Easterling__ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

__*See attached*__

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $_____ on the 1st day of _____
2. $_____ on the 1st day of _____
3. $_____ on the 1st day of _____
4. $_____ on the 1st day of _____
5. $_____ on the 1st day of _____
6. $_____ on the 1st day of _____

__*See attached*__

_____*Yolanda Govan, ASAT*_____
Authorized Officer of Institution

DATE __2/7/06__

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
EASTERLING CORR FACILITY

AIS #: 153251       NAME: TAYLOR, MARTIN ***                    AS OF: 02/07/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| FEB | 21 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 31 | $0.00 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $0.00 | $0.00 |
| NOV | 30 | $0.00 | $0.00 |
| DEC | 31 | $9.11 | $93.97 |
| JAN | 31 | $9.00 | $65.00 |
| FEB | 7 | $20.59 | $60.00 |