Taylor

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery  2-14-06 |
| 1. Article Addressed to:<br><br>Easterling Corr. Fac<br>Attn: Sandra Hayes<br>200 Wallace Dr.<br>Clio AL 36017<br>_cmp & order #4 (40)_ | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered        ☒ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>  (Transfer from service label) | 7005 1820 0002 3465 2454 |

PS Form 3811, February 2004    Domestic Return Receipt    06-126    102595-02-M-1540