EXHIBIT A

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTIN TAYLOR, #153251 )<br>    Plaintiff          )<br>                      )<br>    VS.               )   CIVIL ACTION #2:06-CV-126-MHT<br>                      )<br>SANDRA HAYES, et.al., )<br>                      )<br>    Defendants.       ) | |

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Sandra Hayes, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is Sandra Hayes and I am presently employed as a Classification Specialist, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Dr., Clio, AL 36017. I am over twenty-one (21) years of age.

I, Sandra Hayes, Classification Specialist, have in no way violated the civil or constitutional rights of inmate Martin Taylor, #153251. As a Classification Specialist with the Alabama Department of Corrections, I am basically a case worker. At least two times per year, it is my responsibility to review each inmate's file that is assigned to my caseload and make a recommendation for Honor Camp/Work Release if appropriate. It is also my responsibility to review the files of inmates who are transferred to Easterling from other facilities for an initial review for various reasons; program needs being one of those.

Affidavit - Sandra Hayes
Civil Action #2:06-CV-126-MHT
Page 2

After a review of inmate Martin Taylor's file, which contained his pre-sentence investigation report, it became obvious to me that he is in need of a long-term substance abuse program (Exb. #1).

I responded to inmate Taylor in writing advising him that he would not leave Easterling until Crime Bill SAP was completed (Exb.#2). He can leave Easterling if deemed necessary for mental health/physical health reasons, etc. and transfer to another medium custody facility or facility appropriate for inmates with his particular security needs.

Inmate Taylor desires to transfer to a minimum custody facility, which requires my signature and recommendation. I cannot at this time, unless ordered by the court or supervisor, recommend an honor camp, minimum facility, or work release for inmate Taylor without the completion of Crime Bill SAP. I must take the safety of the public into consideration when making a recommendation for less restrictive custody. Inmate Taylor's PSI indicates to me that the public is safer with him being assigned to a medium custody/security level IV facility.

Crime Bill SAP participation is not a cure for criminal/drug behavior, but it will give him directions into perhaps not committing crimes. The completion of Crime Bill SAP will indicate that inmate Taylor has somewhat captured a desire for change. Placement/recommendation for less restrictive custody is not a right, but a privilege. Even though only a few of inmate Taylor's 131

Affidavit - Sandra Hayes
Civil Action #2:06-CV-126-MHT
Page 3

arrest/convictions were violent (Assault and Battery, Robbery I, and Robber III), he is still a public risk for less restrictive custody.

The Alabama Department of Corrections' Classification Manual serves as a guideline for making recommendations for those inmates who are suitable for less restrictive custody. Inmate Martin Taylor is just not suitable at this time. He does meet the basic criteria, but as the chairman of the progress review board, I cannot make a recommendation for less restrictive custody (minimum, honor camp, or work release) without inmate Taylor making an effort to deal with his substance abuse problems, which began at age fifteen (15). I must and will take the public into consideration when making recommendations for inmates to live in a community setting. Inmate Taylor is simply not a good candidate at this time.

I have not threatened inmate Taylor in my recommendations nor have I violated inmate Taylor's civil or constitutional rights.

_____
Sandra Hayes

SWORN TO AND SUBSCRIBED TO before me this the 23rd day of February, 2006.

_____
Linda E. Deal
NOTARY PUBLIC

My Commission Expires: 7-15-07