

## ALABAMA BOARD OF PARDONS AND PAROLES

### REPORT OF INVESTIGATION

| | | | |
|---|---|---|---|
| **Type of Investigation:** | PSI | **Date Dictated:** | 09/09/2005 |
| **Name:** | TAYLOR MARTIN | **PR#:** | PR200301222600 |
| **Alias:** | | | |
| **RS** | BM  **DOB:** 09/19/1956  **Est. Age:** 49 | **Height and Weight:** | 5'06" \| 145 |
| **Complexion:** | MBR | **Color of Hair:** BLK  **Color of Eyes:** | BRO |
| **Bodily Marks:** | NONE | | |
| **Driver's License:** | AL | **SSN:** | 273569249 |
| **AIS#:** | 153251  **FBI#:** 33995T2  **SID:** | AL00706093 | |
| **Phone #:** | 2058337801 | | |
| **Address:** | 300 72ND ST NORTH | | |
| | EAST LAKE, AL 35206 | | |

### OFFENSE(S) OF INVESTIGATION

| | | | |
|---|---|---|---|
| **County:** | Jefferson | **Case #:** | CC 2005 001681.00 |
| **Offense(s):** | | | |
| | ATTEMPT -DISTRIBUTE DRUGS | | |

| Sentence(s) | Date | Begin Date | Conf Imp | Conf Susp | Probation | Restitution |
|---|---|---|---|---|---|---|
| ATTEMPT -DISTRIBUTE DRUGS : G | 08/02/2005 | 09/27/2005 | Y15 M00 D000 | | | $ 0.00 |

| | | | |
|---|---|---|---|
| **Date of Arrest:** 12/07/2004 | | **Date of Bond:** 05/04/2005  **Bond Amt.:** | $ 750.00 |
| **Judge:** | J WILLIAM COLE | **D.A.:** | BARBER M DAVID |
| **Attorney:** | WITCHER JAMES S JR | **Retained:** | **Appointed:** X |
| **Court Ordered Restitution:** $0 | | | |
| **NOTES:** | | | |

| | | | |
|---|---|---|---|
| **County:** | Jefferson | **Case #:** | CC 2005 001682.00 |
| **Offense(s):** | | | |
| | SOLICITING PROSTITUTION | | |

| Sentence(s) | Date | Begin Date | Conf Imp | Conf Susp | Probation | Restitution |
|---|---|---|---|---|---|---|
| SOLICITING | 09/27/2005 | 09/27/2005 | Y00 M12 D000 | | | $ 0.00 |

PROSTITUTION : G

| | |
|---|---|
| **Date of Arrest:** 12/07/2004 | **Date of Bond:** 05/04/2005  **Bond Amt.:**  $ 200.00 |
| **Judge:**   J WILLIAM COLE | **D.A.:**   BARBER M DAVID |
| **Attorney:**   WITCHER JAMES S JR | **Retained:**           **Appointed:**   X |

**Court Ordered Restitution:** $0

**NOTES:**

| PRESENT OFFENSE(S) |
|---|

**County Court and Case Number:** Jefferson, CC 2005 001681.00

**Offense(s)**

ATTEMPT -DISTRIBUTE DRUGS

| Sentence(s) | Date | Begin Date | Conf Imp | Conf Susp | Prob. | Rest. |
|---|---|---|---|---|---|---|
| ATTEMPT -DISTRIBUTE DRUGS : G | 08/02/2005 | 09/27/2005 | Y15 M00 D000 | | | $ 0.00 |

**Date of Sentence:**

**Details of Offense:** (1) According to the District Attorney's details of offense this event took place on December 6, 2004, at approximately 3:55 PM at 5009 1st Avenue North, Birmingham, Alabama. Defendant attempted to sell an undercover officer some cocaine resulting in his arrest.

**On Probation At Arrest:** No

**On Parole At Arrest:** No

**Serious Physical Injury Barring Parole:** No

**Subject's Statement:**

**Case Status of Co-defendants:** (1) N/A

**Location of Offense:** Birmingham, Alabama

**Court Ordered Restitution:** $0

**County Court and Case Number:** Jefferson, CC 2005 001682.00

**Offense(s)**

SOLICITING PROSTITUTION

| Sentence(s) | Date | Begin Date | Conf Imp | Conf Susp | Prob. | Rest. |
|---|---|---|---|---|---|---|
| SOLICITING PROSTITUTION : G | 09/27/2005 | 09/27/2005 | Y00 M12 D000 | | | $ 0.00 |

**Date of Sentence:**

**Details of Offense:** (1) According to the District Attorney's details of offense this event took place on December 6, 2004, at approximately 3:55 PM at 5009 1st Avenuen North, (Room #23), Birmingham, Alabama. Defendant at that time offered crack cocaine to undercover officer in return for sex.

**On Probation At Arrest:** No

**On Parole At Arrest:**

10/24/2005

|  |  |
|---|---|
|  | No |
| **Serious Physical Injury Barring Parole:** | No |
| **Subject's Statement:** | (1) "I did it." |
| **Case Status of Co-defendants:** | (1) N/A |
| **Location of Offense:** | Birmingham, Ala. |
| **Court Ordered Restitution:** | $0 |

## RECORD OF ARREST(S)

| Date | Agency ORI | Type | Charge | Disposition |
|---|---|---|---|---|
| 11/20/1977 | Jefferson Co. Circuit Court, Bessemer Div., Ala. | Prior Adult | Charge 1 - Burlary Charge 2 - Grand Theft (63CC78-79) | Other: Guilty plea - 4/17/1978; Sentenced to 1 year and 1 day both charges, to run concurrent; suspended. Placed on probation for two year. |
| 02/10/1978 | Birmingham Municipal Court, Ala. | Prior Adult | Reckless Driving (00280951) | Other: Nolle Pros. - 2/15/1978 |
| 02/10/1978 | Birmingham Municipal Court, Ala. | Prior Adult | Reckless Driving (00280952) | Other: Convicted - 2/15/1978; Fined $210.00. |
| 05/04/1988 | Jefferson Co. District Court, Ala. | Prior Adult | Theft of Property 1st Degree (01DC88-2913) | Other: Guilty - 7/29/1988 denied probation and sentenced. |
| 05/25/1988 | Birmingham Municipal Court, Ala. | Prior Adult | Larcey-1st Degree | Other: Convicted - 3/30/1989; Sentenced to 1 year and 1 day |
| 07/30/1988 | Birmingham Municipal Court, Ala. | Prior Adult | Public Intoxication (003368301) | Other: Convicted - 8/4/1988; Sentenced to 25 days City jail and fined $94.00. |
| 12/05/1988 | Birmingham Municipal Court, Ala. | Prior Adult | Violation of City Probation (003481411) | Other: Nolle Pros. - 8/25/1992. |
| 12/21/1988 | Jefferson Co. Circuit Court, Ala. | Prior Adult | Burglary 1st Degree (01CC88-7054) | Other: Convicted - 8/25/1989; Sentenced to 3 years cc. |
| 02/04/1991 | Birmingham Municipal Court, Ala. | Prior Adult | Public Intoxication (004257351) | Other: Convicted - 2/14/1991; Fined $64.00. |
| 03/15/1991 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (004296761) | Other: Convicted - 3/21/1991; Sentenced to 7 days City jail, 4 days suspended. |
| 04/27/1991 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree ( 004345001) | Other: Convicted - 5/2/1991; Sentenced to 30 days City jail and fined $244.00. |
| 05/08/1991 | Birmingham Police Dept., Ala. | Prior Adult | Burglary - Breaking & Entering a Vehicle | Other: No disposition noted on NCIC/ACIC printout, AOC screens or City printout. |
| 05/08/1991 | Birmingham Municipal Court, Ala. | Prior Adult | Public Intoxication (004355731) | Other: Convicted - 5/8/1991; Sentenced to 15 days City jail, 5 days suspended. |
| 05/08/1991 | Birmingham Municipal Court, | Prior Adult | Violation of City Probation (004355732) | Other: Convicted - 5/14/1991; Senenced to 30 days City jail and |

| Date | Court | Type | Charge | Disposition |
|---|---|---|---|---|
| 09/10/1991 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (004490661) | fined $244.00. Other: Convicted - 9/19/1991; Sentenced to 120 days City jail and fined $344.00. |
| 11/09/1991 | Birmingham Municipal Court, Ala. | Prior Adult | Violation of City Probation (004581894) | Other: Convicted - 7/28/1991; Sentenced to 120 days City jail and fined $324.00. |
| 11/09/1991 | Birmingham Municipal Court, Ala. | Prior Adult | Criminal Trespass (004581893) | Other: Convicted - 7/28/1991; Sentenced to 5 days City jail suspended. |
| 11/09/1991 | Birmingham Municipal Court, Ala. | Prior Adult | Public Intoxication (004581892) | Other: Convicted - 7/28/1991; Sentenced to 4 days City jail suspended. |
| 11/09/1991 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (004581891) | Other: Convicted - 7/28/1992; Sentenced to 30 days City jail. |
| 04/09/1992 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (00472421) | Other: Convicted - 4/14/1992; Sentenced to 60 days City jail. |
| 07/02/1992 | Birmingham Municipal Court, Ala. | Prior Adult | Public Intoxication (004823851) | Other: Convicted - 8/7/1992; Fined $144.00. |
| 08/18/1992 | Birmingham Municipal Court, Ala. | Prior Adult | Public Intoxication (004871101) | Other: Convicted - 8/18/1992; Sentenced to6 days City jail suspended. |
| 11/05/1992 | Birmingham Municipal Court, Ala. | Prior Adult | Assault & Battery (004961361) | Other: Convicted - 11/10/1992; Sentenced to 30 days City jail. |
| 11/20/1992 | Birmingham Municiap Court, Ala. | Prior Adult | Possession of Drug Paraphernalia (004975791) | Other: Convicted - 12/21/1992; Fined $144.00. |
| 12/29/1992 | Birmingham Municipal Court, Ala. | Prior Adult | Possession of Drug Paraphernalia (005008842) | Other: Convicted - 1/4/1993; Sentenced to 30 days City jail. |
| 12/29/1992 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (005008841) | Other: Convicted - 1/4/1993; Sentenced to 60 days City jail. |
| 03/09/1993 | Birmingham Municipal Court, Ala. | Prior Adult | Public Intoxication (005076822) | Other: Convicted - 3/9/1993; Sentenced to 3 days City jail suspended. |
| 03/09/1993 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (005076821) | Other: Convicted - 3/9/1993; Sentenced to 120 days City jail. |
| 04/20/1993 | Birmingham Police Dept., Ala. | Prior Adult | Burlgary | Other: Released 4/20/1993; no formal charge. |
| 05/07/1993 | Birmingham Municipal Court, Ala | Prior Adult | Theft of Property 3rd Degree (005133621) | Other: Convicted - 5/11/1993; Sentenced to 34 days City jail, 4 days suspended. |
| 06/03/1993 | Birmingham Municipal Court, Ala. | Prior Adult | Public Intoxication (005181261) | Other: Convicted - 6/28/1993; Sentenced to 5 days City jail, 2 days suspended. |
| 06/03/1993 | Birmingham Municipal Court, Ala. | Prior Adult | Public Intoxication (005181261) | Other: Convicted - 6/9/1993; Sentenced to 5 days City jail suspended. |
| 06/03/1993 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (005158621) | Other: Convicted - 6/9/1993; Sentenced to 60 days City jail. |
| 07/07/1993 | Birmingham Municipal Court, Ala. | Prior Adult | Criminal Trespass (005192471) | Other: Convicted - 7/8/1993; Sentenced to 60 days City jail. |
| 09/09/1993 | Birmingham Police Dept., Ala. | Prior Adult | Charge 1 - Burglary of Vehicle Charge 2 - Attempt Theft Vehicle | Other: Released - no formal charges 9/9/1993. |

| Date | Court | Type | Charge | Disposition |
|---|---|---|---|---|
| 09/20/1993 | Birmingham Municipal Court, Ala. | Prior Adult | Criminal Trespass (005263132) | Other: Convicted - 9/21/1993; Sentenced to 15 days City jail concurrent. |
| 09/20/1993 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (005263131) | Other: Convicted - 9/12/1993; Sentenced to 60 days City jail. |
| 09/25/1993 | Jefferson Co. SO., Ala. | Prior Adult | Burglary - Breaking :& Entering Vehicle | Other: Dismissed - 11/4/1993. |
| 01/27/1994 | Birmingham Municipal Court, Ala. | Prior Adult | Public Intoxication (005374861) | Other: Convicted - 1/27/1994; Sentenced to 2 days City jail, 2 days suspended. |
| 02/27/1994 | Birmingham Municipal Court, Ala. | Prior Adult | Public Intoxication (005403591) | Other: Convicted - 2/28/1994; Sentenced to 2 days City jials, 2 days suspended. |
| 04/15/1994 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property (005455031) | Other: Convicted - 4/18/1994; Sentenced to 120 days City jail and fined $354.00. |
| 04/23/1994 | Birmingham Municipal Court, Ala. | Prior Adult | Violation of City Probation (005462872) | Other: Convicted - 4/25/1994; Sentenced to 30 days City jail. |
| 04/23/1994 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (005462871) | Other: Convicted - 4/25/1994; Sentenced to 180 days City jail, 120 days suspended. |
| 09/15/1994 | Birmingham Municipal Court, Ala. | Prior Adult | Violation of City Probation (005587752) | Other: Convicted - 9/16/1994; Sentenced to 3 days City jail. |
| 09/15/1994 | Birmingham Municipal Court, Ala. | Prior Adult | Drinking in Public (005587751) | Other: Convicted - 9/16/1994; Sentenced to 2 days City jail. 2 days suspended. |
| 09/22/1994 | Jefferson Co. District Court, Ala. | Prior Adult | Possession of Drug Paraphernalia (01DC94-8842) | Other: Nolle Pros. - 9/23/1994. |
| 10/07/1994 | Birmingham Municipal Court, Ala. | Prior Adult | Violation of City Probation (005603372) | Other: Convicted - 10/10/1994; Sentenced to 3 days City jail. |
| 10/07/1994 | Birmingham Municipal Court, Ala. | Prior Adult | Disorderly Conduct (005603371) | Other: Convicted - 10/10/1994; Sentenced to 64 days City jail suspended. |
| 12/01/1994 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (005644711) | Other: Convicted - 12/2/1994; Sentenced to 120 days City jail and fined $356.00. |
| 12/01/1994 | Birmingham Municipal Court, Ala. | Prior Adult | Violation of City Probation (005644712) | Other: Convicted - 12/02/1994; Sentenced to 84 days City jail and fined $334.00. |
| 02/10/1995 | Jefferson Co. District Court, Ala. | Prior Adult | Robbery 1st Degree (01DC95-1577) | Other: Convicted - 3/22/1995; Sentenced to 12 months suspended and placed on probation for 12 months. Fined $100.00. |
| 03/31/1995 | Jefferson Co. Circuit Court, Ala. | Prior Adult | Robbery 3rd Degree (01CC95-4520) | Other: Convicted - 1/4/1996; Sentenced to 280 days. |
| 02/08/1996 | Birmingham Municipal Court, Ala. | Prior Adult | Public Intoxication (005987951) | Other: Convicted - 2/8/1996; Sentenced to 30 days City jail suspended. |
| 03/09/1996 | Birmingham Municipal Court, Ala. | Prior Adult | Possession of Drug Paraphernalia (006018122) | Other: Convicted - 9/16/1999; Sentenced to 120 days City jail, fined $406.00 and City probation. |
| 03/09/1996 | Birmngham Municipal Court, Ala. | Prior Adult | Violation of City Probation (006018123) | Other: Convicted - 3/11/1996; Sentenced to 120 days City jail. |
| 03/09/1996 | Birmingham Municipal Court, Ala. | Prior Adult | Public Intoxication (006018121) | Other: Convicted - 3/12/1996; Sentenced to 5 days City jail. |
| | Birmingham | | Violation of City Probation | Other: Convicted - 8/7/1996; |

| Date | Court | Type | Charge | Disposition |
|---|---|---|---|---|
| 08/06/1996 | Municipal Court, Ala. | Prior Adult | (006159992) | Sentenced to 30 days City jail concurrent. |
| 08/06/1996 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (006159991) | Other: Convicted - 8/7/1996; Sentenced to 60 days City jails. |
| 02/03/1997 | Birmngham Municipal Court, Ala. | Prior Adult | Violation of City Probation (006363542) | Other: Convicted - 2/4/1997; Sentenced to 30 days City jail concurrent. |
| 02/03/1997 | Birmingham Municipal Court, Ala. | Prior Adult | Possession of Drug Paraphernalia (006363541) | Other: Convicted - 2/4/1997; Sentenced to 30 days City jail. |
| 05/04/1997 | Birmingham Municipal Court, Ala. | Prior Adult | Escape or Attempted Escape (006484162) | Other: Convicted - 5/5/1997; Fined $556.00. |
| 05/04/1997 | Birmingham Municipal Court, Ala. | Prior Adult | Possession of Drug Paraphernalia (006484161) | Other: Convicted - 5/5/1997; Sentenced to 180 days City jail. |
| 05/04/1997 | Birmingham Municipal Court, Ala. | Prior Adult | Violation of City Probation (006484163) | Other: Convicted - 5/5/1997; Sentenced to 65 days City jail and fined $355.00. |
| 07/25/1997 | Birmingham Municipal Court, Ala. | Prior Adult | Theft in Property 3rd Degree (006594801) | Other: Convicted - 8/8/1997; Sentenced to 10 days City jail. |
| 07/31/1997 | Birmingham Municipal Court, Ala. | Prior Adult | Violation of City Probation (006602312) | Other: Convicted - 8/1/1997; Sentenced to 30 days City jail concurrent. |
| 07/31/1997 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (006602311) | Other: Convicted - 8/1/1997; Sentenced to 30 days City jail concurrent. |
| 07/31/1997 | Birmingham Municipal Court, Ala. | Prior Adult | Possession of Drug Paraphernalia (006602291) | Other: Convicted - 8/1/1997; Sentenced to 30 days City jail. |
| 08/06/1997 | Birmingham Municipal Court, Ala. | Prior Adult | Violation of City Probation (006609751) | Other: Convicted - 8/6/1997; Sentenced to 20 days City jail. |
| 10/11/1997 | Birmingham Municipal Court, Ala. | Prior Adult | Violation of City Probation (006684552) | Other: Convicted - 3/16/1998; Sentenced to 60 days City jail concurrent. |
| 10/11/1997 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (006684551) | Other: Convicted - 3/16/1998; Sentenced to 60 days City jail. |
| 10/14/1997 | Birmingham Municipal Court, Ala. | Prior Adult | Loitering (006687591) | Other: Convicted - 10/15/1997; Sentenced to 125 days City jail, 120 days suspended. |
| 11/21/1997 | Birmingham Municipal Court, Ala. | Prior Adult | Possession of Drug Paraphernalia (006722161) | Other: Convicted - 3/16/1998; Sentenced to 30 days City jail. |
| 11/26/1997 | Jefferson Co. Circuit Court, Ala. | Prior Adult | Dangerous Drugs - Loitering Prupose Drug Activity (01CC98-4410.01) | Other: Convicted - 9/2/1998; Sentenced to 10 years suspended and placed on probation for 1 year. |
| 11/26/1997 | Birmingham Municipal Court, Ala. | Prior Adult | Drug Related Loitering (006727501) | Other: Convicted - 3/16/1998; Sentenced to 30 days City jail concurrent. |
| 11/28/1997 | Jefferson Co. Circuit Court, Ala. | Prior Adult | Possession of Drug Paraphernalia (01CC98-4411) | Other: Convicted - 9/2/1998; No disposition noted on NCIC/ACIC printout or AOC screen. |
| 11/28/1997 | Jefferson Co. Circuit Court, Ala. | Prior Adult | Possession of Controlled Substance (01CC98-4410) | Other: Convicted - 9/2/1998; Sentenced to 10 years suspended and placed on probation for 1 year. |
| 03/14/1998 | Birmingham Police Dept., Ala. | Prior Adult | Charge 1 - Theft of Property 3rd Degree Charge 2 - Possession of Drug Paraphernalia Charge 3 - | Other: No disposition noted on NCIC/ACIC printout, AOC sreen |

| Date | Court | Type | Charge | Disposition |
|---|---|---|---|---|
| | | | Violation of City Probation Charge 4 - Loitering for Drug Activity | and City printout. |
| 06/02/1998 | Birmingham Municipal Court, Ala. | Prior Adult | Failure to Appear in Court (006912402) | Other: Convicted - 10/20/1998; Sentenced to 2 days suspended. |
| 06/02/1998 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (006912401) | Other: Convicted - 10/20/1998; Sentenced to 60 days City jail. |
| 06/25/1998 | Birmingham Municipal Court, Ala. | Prior Adult | Violation of City Probation (006934332) | Other: Convicted - 6/26/1998; Sentenced to 30 days City jail concurrent. |
| 06/25/1998 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (006934331) | Other: Convicted - 6/26/1998; Sentenced to 60 days City jail. |
| 09/05/1998 | Birmingham Municipal Court, Ala. | Prior Adult | Disorderly Conduct (007009431) | Other: Convicted - 10/14/1998; Sentenced to 5 days City jail. |
| 10/04/1998 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (007039131) | Other: Convicted - 10/05/1998; Sentenced to 60 days City jail concurrent. |
| 10/04/1998 | Birmingham Municipal Court, Ala. | Prior Adult | Violation of City Probation (007039122) | Other: Convicted - 10/05/1998; Sentenced to 60 days City jail. |
| 10/04/1998 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (007039121) | Other: Convicted - 10/20/1998; Sentenced to 60 days City jail. |
| 10/28/1998 | Birmingham Municipal Court, Ala. | Prior Adult | Violation of City Probation (007067872) | Other: Nolle Pros. - 12/22/1998. |
| 10/28/1998 | Birmingham Municipal Court, Ala. | Prior Adult | Tampering (Criminal) (007067871) | Other: Nolle Pros. - 12/22/1998. |
| 02/12/1999 | Jefferson Co. SO., Ala. | Prior Adult | Possession of Controlled Substance | Other: No disposition noted on NCIC/ACIC printout or on AOC screens. |
| 05/25/1999 | Birmingham Municipal Court, Ala. | Prior Adult | Violation of City Probation (007265452) | Other: Convicted - 5/26/1999; Sentenced to 130 days City jail and fined $62.00. |
| 05/25/1999 | Birmingham Municipal Court, Ala. | Prior Adult | Possession of Marijuana 2nd Degree (007265451) | Other: Convicted - 5/22/1999; Sentenced to 30 days City jail |
| 08/11/1999 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (007338151) | Other: Convicted - 9/16/1999; Sentenced to 120 days City jail and fined $120.00. |
| 08/11/1999 | Birmingham Municipal Court, Ala. | Prior Adult | Criminal Trespass (007336861) | Other: Convicted - 8/11/1999; Sentenced to 60 days City jail and fined $306.00. |
| 08/14/1999 | Birmingham Municipal Court, Ala. | Prior Adult | Publix Intoxication (007340592) | Other: Convicted - 9/27/1999; Sentenced to 8 days City jail suspended. |
| 08/14/1999 | Birmingham Police Dept., Ala. | Prior Adult | Possession of Drug Paraphernalia (007340591) | Other: Convicted - 9/16/1999; Sentenced to 120 days City jail and fined $448.00. |
| 08/19/1999 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (007346061) | Other: Convicted - 9/4/2002; Sentenced to 180 days City jail and fined $608.00. |
| 09/09/1999 | Birmingham Municipal Court, Ala. | Prior Adult | Violation of City Probation (007362562) | Other: Convicted - 9/16/1999; Sentenced to 60 days City jail and fined $306.00. |
| 09/09/1999 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (007362561) | Other: Convicted - 9/16/1999; Sentenced to 120 days City jail and fined $406.00. |

| Date | Court | Type | Charge | Disposition |
|---|---|---|---|---|
| 09/24/1999 | Jefferson Co. Circuit Court, Ala. | Prior Adult | Theft of Property 1st Degree (01CC00-1042) | Other: Convicted - 5/22/2001; Sentenced to 15 years suspended and placed on probation for 1 year. |
| 09/24/1999 | Birmingham Municipal Court, Ala. | Prior Adult | Violation of City Probation (007377412) | Other: Convicted - 11/19/1999; Sentenced to 15 days City jail concurrent. |
| 09/24/1999 | Birmingham Municipal Court, Ala. | Prior Adult | Promoting Prison Contraband (007377411) | Other: Convicted - 11/19/1999; Sentenced to 15 days City jail. |
| 03/30/2000 | Birmingham Municipal Court, Ala. | Prior Adult | Violation of City Probation (007531251) | Other: Convicted - 4/12/2000; Sentenced to 60 days City jail. |
| 04/12/2000 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (007542831) | Other: Convicted - 4/12/2000; Sentenced to 180 days City jail, 90 days suspended. Concurrent. |
| 08/25/2000 | Birmingham Municipal Court, Ala. | Prior Adult | Violation of City Probation (007689852) | Other: Nolle Pros. - 12/05/2000. |
| 08/25/2000 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (007689851) | Other: Convicted - 1/17/2001: Fined $156.00. |
| 09/13/2000 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (007704591) | Other: Dismissed - 12/5/2000. |
| 09/14/2000 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (007706821) | Other: Convicted - 1/17/2001; Fined $156.00. |
| 02/01/2001 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (007843081) | Other: Convicted - 8/13/2001; Sentenced to 30 days City jail and fined $456.00. |
| 02/26/2001 | Birmingham Municipal Court, Ala. | Prior Adult | Possession of Drug Paraphernalia (007859741) | Other: Convicted - 8/13/2001; Fined $496.00. |
| 02/26/2001 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (007859732) | Other: Convicted - 8/13/2001; Sentenced to 30 days City jail concurrent and fined $456.00. |
| 02/26/2001 | Birmingham Municipal Court, Ala. | Prior Adult | Criminal Trespass (007859731) | Other: Convicted - 8/13/2001; Sentenced to 30 days City jail and fined $456.00. |
| 03/12/2001 | Jefferson Co. Circuit Court, Ala. | Prior Adult | Charge 1 - Burglary 3rd Degree Charge 2 - Theft of Property 2nd Degree (01CC01-3541) | Other: Convicted - 7/7/2003; Charge 1. Sentenced to 15 years; 3 years to serve with 12 years suspended followed by 5 years probation. Charge 2 - dismissed 7/7/2003. Charge 1 - Probated 5 years on 5/12/2004. |
| 10/31/2001 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (008082641) | Other: Convicted - 12/16/2002; Sentenced to 180 days City jail and fined $608.00. |
| 10/31/2001 | Birmingham Municipal Court, Ala. | Prior Adult | Violation of City Probation (008082643) | Other: Dismisssed - 9/5/2002. |
| 10/31/2001 | Birmingham Municipal Court, Ala. | Prior Adult | Criminal Trespass (008002642) | Other: Merged - 9/5/2002. |
| 03/07/2002 | Birmingham Police Dept., Ala. | Prior Adult | Theft of Property 3rd Degree | Other: No disposition noted on NCIC/ACIC printout, AOC screens or City printout. |
| 03/09/2002 | Birmingham Municipal Court, Ala. | Prior Adult | Public Intoxication (008197871) | Other: Merged - 9/5/2002. |
|  | Birmingham |  | Theft of Property 3rd Degree | Other: Convicted - 12/16/2002; |

| Date | Court | Type | Charge | Disposition |
|---|---|---|---|---|
| 04/06/2002 | Municipal Court, Ala. | Prior Adult | (008227121) | Sentenced to 180 days and fined $608.00 - concurrent. |
| 04/13/2002 | Jefferson Co. Circuit Court, Ala. | Prior Adult | Unlawful Distribution of Controlled Substance (01CC02-3770) | Other: Convicted - 6/24/2003; Sentenced on 8/15/2003 to 20 years; 17 years suspended - 3 years to serve. 5 years probation to follow. Released to probation of 5/12/2004. |
| 04/24/2002 | Birmingham Municipal Court, Ala. | Prior Adult | Possession of Drug Paraphernalia (008246871) | Other: Convicted - 12/16/2002; Sentenced to 180 days City jail and fined $746.00. Jail time concurrent. |
| 04/30/2002 | Jefferson Co. District Court, Ala. | Prior Adult | Theft of Property 3rd Degree (01DC02-5193) | Other: Convicted - 5/13/2002; Sentenced to 12 months suspended and placed on probation for 24 months. |
| 05/21/2002 | Jefferson Co. District Court, Ala. | Prior Adult | Possession of Drug Paraphernalia (01DC02-6180) | Other: Guilty plea - 6/24/2002; Sentenced to 12 months suspended and placed on probation of 24 months. |
| 07/20/2002 | Birmingham Municipal Court, Ala. | Prior Adult | Failure to Appear for Court (008327211) | Other: Convicted - 9/4/2002; Sentenced to 180 days City jail and fined $606.00. |
| 07/20/2002 | Jefferson Co. Circuit Court, Ala. | Prior Adult | Charge 1 - Burglary 3rd Degree Charge 2 - Theft of Property 1st (01CC03-792) | Other: Charge 2 - Dismissed 7/7/2003. Guilty plea as to Charge 1 on 7/7/2003. Sentenced on 9/12/2003; to 12 years, 3 years to serve followed by 5 years probation. Probated on 5/11/2004 to five years. Writ for probation violation issued 12/30/2004. Final actio |
| 08/24/2002 | Birmingham Municipal Court, Ala. | Prior Adult | Possession of Drug Paraphernalia (008358551) | Other: Convicted - 5/5/2003; Sentenced to 10 days City jail and fined $556.00. |
| 12/13/2002 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (008466081) | Other: Convicted - 5/5/2003; Fined $608.00. |
| 12/13/2002 | Birmingham Municipal Court, Ala. | Prior Adult | Violation of City Probation (008466082) | Other: Nolle Pros. - 5/16/2003. |
| 11/28/2004 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (009055731) | Other: Convicted - 11/30/2004; Sentenced to 180 days City jail and fined $666.00. |
| 12/03/2004 | Birmingham Municipal Court, Ala. | Prior Adult | Theft of Property 3rd Degree (009061201) | Other: Final Forfeiture - 1/26/2005. |

## PERSONAL/SOCIAL HISTORY

### Marital Status/History Separated

| Name | Address | DOB | DOD | Marriage Begin/End |
|---|---|---|---|---|
| Yvonne (Upshaw) Taylor | Whereabouts unknown | | | 11/11/1986 - |

### Children

| Name | Address | DOB | DOD | Other Parent |
|---|---|---|---|---|

| Housing History | | | |
|---|---|---|---|
| Orphanage: | No | Homeless: | No |
| Foster Home: | No | Other Institution: | No |
| Boarding School: | No | | |

| Health | | |
|---|---|---|
| Physical Disability: | Yes | |
| Mental Disability: | No | |
| Psychological Report: | No | |
| Prescribed Medications: | Yes | Insulin, high blood pressure medications, cosopt eye drops, xalatan, prozat, zancat, lortab |
| Defendants Opinion Of Drug Problem: | Admits | |
| Past Drugs: | Yes | Marijuana and cocaine |
| Treatment History: | | |
| Present Drugs: | No | |
| Defendants Opinion Of Alcohol Problem: | Admits | |

## Education

### High School

| Last Grade Completed | Name/Year | If DropOut, Reason why: |
|---|---|---|
| HSGraduate | East High School, Arkon, Ohio, 1976 | |

### College

| Last Level Completed | Name/Year | If DropOut, Reason why: |
|---|---|---|
| | | |

### Further Education/Training

| Type | Place | Length | Completed |
|---|---|---|---|
| | | | |

| Financial Status | | |
|---|---|---|
| Owns: | | |
| Money Owed | To | Amount |
| | Jefferson Co. Court Fees | $6,0000.00 |

| Employment History | | | | |
|---|---|---|---|---|
| Type/Employer | Begin Date | # Months | Pay | Reason For Leaving |
| Disabled \ | / | | | |

| Military Record | | |
|---|---|---|
| Registered W/Selective Service | Served | Length Of Service  Discharge Type |

| No | None | | |
|---|---|---|---|
| **Discharge Reason** | **Highest\Discharge Rank** | **Military Job Title** | **Medals/Awards** |
| | \ | | |

**Notes:** Denied military service and registration - bad eye sight. He is now blind in his right eye.

|  **Offender's Family** |
|---|

**Parents**

| | Father | Address | DOB | Felony Conv. | Deceased |
|---|---|---|---|---|---|
| **Father** | John Taylor | | | | Yes |
| **Mother** | Ruby Kirkendall | 300 ;72nd Street North Birmingham, Alabama 35206 | 08/22/1925 | No | |

**Siblings**

| **Name** | **Address** | **DOB** | **Felony Conv.** |
|---|---|---|---|

**Notes:** Mr. Taylor is an only child raised by both parents in Cleveland, Ohio. Their background was a middle class environment. His father is deceased and he lives with his aging mother. He has indicated that following his father's death is when he started getting into trouble.

**Personal Relationship**

**Relationship w/father:** N/A

**Relationship w/mother:** Good

**Relationship w/siblings:** N/A

| **PROBATION PLAN** |
|---|

| **Home** |
|---|

| **Living With** | **Address** | **Relation** |
|---|---|---|
| Mrs. Kirkendall | 300 72 Street North Birmingham, Alabama 35206 | Mother |

| **Employment** |
|---|

| **Employer** | **Address** | **Phone** | **Pay Rate** |
|---|---|---|---|
| Disabled | | | |

| **Treatments** |
|---|

| **Treatment Type** | **Treatment Description** |
|---|---|
| Substance: Drugs | TASC - Drug and Alcohol treatment |

Defendant Martin Taylor has been involved with the Criminal Justice System since 1977 a period covering twenty eight years. He has amassed a hundred thirty one (131) arrests over these years, fifteen (15) of them being convictions in both District and Circuit Court. He has nineteen arrests by Birmingham Police for violation

**Officer Remarks:** of City probation, with nineteen (19) convictions for the violations. He has spent time with the Alabama Department of Corrections on a couple occasions. He apparently has not come to grips with the idea that he needs to stop. If not, he is running the risk of spending the rest of his life in prison. During our interview, he assured me that he has seen the light, but there is one problem with his claim. I took time to read over prior investigations prepared for the various Courts he has stood before for sentencing in the past. He has always claimed to have come to a realization of the errors of his way and how he will never repeat. But, here we are twenty years down the road. He is on active probation now and pending final resolve of the violation of probation. He is currently involved in TASC at the direction of the Court. This is not his first experience with treatment, but it seems to have not accomplished its desired purpose which is the abstinence from drugs. Mr. Taylor admitted to having started using drugs and drinking at the age of fifteen and he is now forty nine years of age. This is a continual history of substance abuse of thirty four years with just short breaks. Mr. Taylor is not to be considered a good candidate for probation placement based upon his continued disregard for the laws of Alabama, her citizens and the total lack of respect to the Courts of Alabama and the repeated offers of mercy and second chances.

**Recommendations To Court:** Respectfully, concur with the Court's disposition.

Signed and dated at _____,
Alabama the \_\_\_\_\_ day of _____ \_\_\_\_\_

PBF 203

_____
RICHARDSON SAM

Alabama Probation and Parole Officer

_____
Reviewed By