IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTIN TAYLOR, #153251, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:06-CV-126-MHT |
| | ) |
| SANDRA HAYES | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the special report filed by defendant Hayes on March 16, 2006 (Court Doc. No. 6), and as this report fails to address each of the issues presented in the complaint, it is

ORDERED that on or before April 5, 2006 defendant Hayes shall file a supplemental special report, supported by an affidavit, which addresses the plaintiff's claim that the defendant relied on false information in denying him a lower custody classification. Specifically, Hayes shall respond to Taylor's allegation that she "used a improper probation report for her decision. I have only a possession charge. . . .   I'm not 5"6 = I'm 6"0. I don't have 107 misdemeanors. I don't have 12 felonies."

DONE, this 27th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

Case 2:06-cv-00126-MHT-SRW    Document 7    Filed 03/27/2006    Page 2 of 2