## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **MARTIN TAYLOR, # 153251**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: **2:06-CV-126-MHT** |
| | ) |
| **SANDRA HAYES**, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR AN ENLARGEMENT

Comes now the Defendant, ***Sandra Hayes***, by and through the Honorable Troy King, Attorney General for the State of Alabama, and moves this Honorable Court for an extension of time to respond to its order dated March 27, 2006 and, for grounds, state as follows:

> *Defense counsel needs additional time to gather the information needed to prepare the amended special report.*

**WHEREFORE PREMISES CONSIDERED** defense counsel requests an additional **twenty (20) days** to file an amended special report addressing the Plaintiff's claim that the information contained in Defendant's Exhibit B is correct information and whether this information was relied upon to deny the Plaintiff's lower classification request and to require that the Plaintiff complete a drug program.

Respectfully Submitted,

Troy King (KIN047)
Attorney General


/s/ *Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
*Civil Division*
11 South Union Street
Montgomery, AL  36130
Phone: 334-353-5305
Fax: 334-242-2433
Email: bcarmack@ago.state.al.us
*Doc No.: 117542*

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 5th day of April, 2006, served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

**Martin Taylor
#153251
Easterling Correctional Facility
200 Wallace Drive
Clio, AL  36017**

/s/ *Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Telephone: (334) 353-5305
Facsimile: (334) 242-2433