

EXHIBIT B

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Martin Taylor, #153251 ) | |
|     Plaintiff ) | |
| ) | |
| Vs. ) | CIVIL ACTION #2:06-CV-126-MHT |
| ) | |
| Sandra Hayes, et.al., ) | |
| ) | |
|     Defendant. ) | |

**AFFIDAVIT**

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>Sandra Hayes,</u> who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is, Sandra Hayes, and I am presently employed as a Classification Specialist. I am employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, Alabama, 36017. I am over twenty-one (21) years of age.

I did use the Pre-Sentence Investigation Report as a reference in the decision to deny Inmate Martin Taylor, B/M, 153251, less restrictive custody (honor camp, work center, work release). The PSI, which is prepared by the parole/probation officers, is the official documentation that I am authorized to use in order to gain knowledge on offenders as to what they have done, when they did it, how they did it, how many times they did it, etc. I am a caseworker whose duties involve looking at the information in the PSI report and making decisions based on what the report indicates. I have no way of knowing whether or not the information is correct or incorrect. I do not know exactly how many misdemeanors or felonies that Inmate Taylor has, but only what the PSI report has indicated. I have no way of knowing whether or not Inmate Taylor has only a possession

charge. The investigation of the crimes by the offender, and preparation of the PSI report, is not part of my duties as a classification specialist, but the duties of the probation/parole officer. Inmate Taylor is correct in his claim of being 6'0" instead of 5'6", per telephone conversation with Nurse Deborah Shehane, who is employed by Prison Health Services. Even though Inmate Taylor's height was incorrect in the PSI report, does not mean that the information in reference to arrests and convictions is also incorrect.

*Sandra Hayes*, Classification Specialist

SWORN TO AND SUBSCRIBED TO before me this the 31st day of March, 2006.

*Grace M. Maloy*
NOTARY PUBLIC

My Commission Expires: 03/31/07.