

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTIN TAYLOR, #153251 )<br>    Plaintiff )<br> )<br>    VS. )<br> )<br>SANDRA HAYES, et.al., )<br> )<br>    Defendants. ) | CIVIL ACTION #2:06-CV-126-MHT |

**AFFIDAVIT**

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>Sandra Hayes</u>, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is <u>Sandra Hayes</u> and I am presently employed as a <u>Classification Specialist,</u> employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Dr., Clio, AL 36017. I am over twenty-one (21) years of age.

### Addition to Previous Affidavit

Inmate Martin Taylor was advised by me that he would not be considered for placement at an honor camp and/or work release until he completes Crime Bill SAP at Easterling. The recommendation for Crime Bill SAP is based upon inmate Taylor's extensive record of convictions for public intoxication, drug possession, and drug-related crimes. Inmate Taylor is currently incarcerated for Attempt to Commit Controlled Substance/Involvement offense. The Pre-Sentence Investigation Report (PSI) indicates that inmate Taylor attempted to

Affidavit – Sandra Hayes
Civil Action #2:06-CV-126-MHT-Add
Page 2

sell an undercover officer cocaine and at the same time offered crack in return for sex.

After a review of inmate Taylor's file, I recommended that inmate Taylor participates in Crime Bill SAP here at Easterling. Crime Bill SAP is the only substance abuse program available at Easterling. Crime Bill SAP will address many of the obvious problems that inmate Taylor has, such as substance abuse related crimes, criminal thinking, anger management, employment, etc. No inmate is forced to complete programs, but lack of participation in needed programs will be considered when making recommendation for less restrictive custody (Exb.#1).

_____
Sandra Hayes

SWORN TO AND SUBSCRIBED TO before me this the 18th day of April, 2006.

_____
NOTARY PUBLIC  Linda E. Deal

My Commission Expires: 7-15-07

9. <u>Classification Meeting</u>:

A classification committee consisting of a classification specialist as chairperson and the Warden or designee will meet to complete recommendations regarding security level, custody, placement and long range program plans with the inmate. Written recommendations of the psych associate will be considered if no psychologist is able to attend the classification meeting. In using established criteria for the various levels **IT IS IMPORTANT TO REMEMBER THAT THESE REPRESENT THE OUTSIDE LIMITS** for assignment of security and custody levels within which the classification committee is allowed to and expected to use discretion and judgement in making recommendations. All factors must be considered, including the safety of the community, overall institutional behavior, potential for negative community reaction, etc. The reasons for recommendations must be clearly and fully stated. The inmate will be notified at least 24 hours in advance of the meeting and may present documents and/or give oral testimony to support input to decision making.

a. The inmate must be present at the meeting unless refusing to appear or unless physically or psychologically unable to appear (to be noted on the record of the proceedings).

b. The inmate may waive, in writing, the right to 24 hours advance notice of the meeting. Inmates will have access to a copy of the guidelines for decision-making (classification manual) which will be posted in the law library.

The inmate has the option of refusing to participate in such recommended programs as secondary and post-secondary education or vocational training programs, religious services, social services, and counseling, psychological and psychiatric treatment, library services, athletic and leisure time activities, involvement with community groups, mail and visiting, contact by the media, contact by attorneys or legal representatives, volunteer programs, substance abuse, to include after-care and pre-release programs.

Inmates must accept work assignments, enrollment in basic education, medical and dental care mandated by statute, and participation in other programs ordered by the sentencing courts or required by statute. (See Special Handling - JDP IV D - if inmate fails to complete court-ordered programs.)

        The degree of motivation and desire for change is a valid element for consideration. While an inmate may have the option of refusing to participate in specific programs recommended by professional or treatment staffs, in those cases where there is an obvious identified need for such programs, the refusal of an inmate to attend or participate will be considered in all future classification reviews. ***It is essential to promptly load into the Inmate Database (using TRIC CUITP) entry/removal of an inmate in the drug program. This will allow for retrieval of information (using TRIC CDITP) regarding the status of Substance Abuse Program participation.***

c.    In the event of failure by the classification committee to reach consensus, both majority and minority opinions will be recorded. Unresolved custody recommendations, cases regarding inter-institutional transfers and recommendation for community programs will be forwarded to the Central Review Board (CRB) for resolution or approval. All recommendations for minimum-out custody will be forwarded to the CRB. The inmate will be notified of the committee's recommendation and of the decision of the CRB.

NOTE:  Inmates identified at intake as requiring Special Education will have that fact clearly documented on their paperwork and will be recommended for placement at an appropriate institution offering special education, except in cases where medical, psychological, or security issues dictate otherwise. (See Special Handling; Documentation of Classification Results; Special Education Inmates; Documentation of Classification Decisions)

10.    <u>Documentation of Classification Results</u>

        Recommendations of the Classification Committee will be reported on the computerized classification summary (form 7)(2 copies), signed by each committee member and the inmate. Signature by the Inmate does not imply agreement with the recommendations and does not preclude subsequent appeal.

        Results of the Risk Assessment for security level will be entered into the information system. (Call letters CRCS1 AIS#{8 digits + suffix or space}/3 digit specialist #/A)

        Ex:  CRCS1 00123456A/012/A

        One copy will be retained in suspense in the institutional file and the original and one copy will be forwarded to the CRB.

Pg 2