IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTIN TAYLOR, #153251, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-126-MHT |
| | ) |
| SANDRA HAYES | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the supplemental special report filed by defendant Hayes on April 25, 2006 (Court Doc. No. 10), and as this report fails to adequately address the directives of the order entered on March 27, 2006 (Court Doc. No. 7), it is

ORDERED that on or before May 8, 2006 defendant Hayes shall file a supplemental special report, supported by an affidavit, which addresses the plaintiff's claim that she knowingly relied on false information in denying him a lower custody classification.

DONE, this 26th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE