In The United States District Court
Middle District of Alabama

2006 MAY 23 A 9:39

Martin Taylor #153251
v
Sandra Hayes

2:06-CV-126-MHT

Plaintiffs Reply To The Special
Report of The Defendant.

Into This Court Comes Martin Taylor (Taylor) by and Thru, himself. "Pro-se and In F.O.P. and would Now herein Dispute each and every frivolous Claim of Hayes's!

- A- Taylor, would demand Absolute Proof of The Alleged Qualification of Hayes! As a Specialist of Any Type?
- B- Taylor, would ask? For The date and The Minutes of The Alleged Meeting held Prior to Hayes, issuing "her own" recommendation!, "That Taylor Complete S.A.P.!
- C- Taylor,, Does admit! He is an inmate at Easterling CF (ECF) an ADOC Facility!
- D- Taylor, would state! as The records will show, That The Trial Court Judge. <u>DID NOT</u> issue an Order That Taylor enter into a Substance Abus Program. (due To The Fact That Taylor, Just Completed Such a Program Through The Alethia House! Prior To being Incarcerated!
- E- Hayes, Did and does Raise The Frivolous Claim That She is entitled to Immunity in This Instant suit! because in "Alabama v Pugh 438 US 781 The US Supreme Court hold.' That The State Cannot be Sued"!
- F- Taylor, Would Point out! Sandra Hayes is NOT A State!! Therefore Hayes is Not Immune From

F cont.
The Effects caused by her own opinion! Not from any false statement she may make!!

G Hayes, has made the claim that Taylor, has no Liberty interest in a lessor custody "in her opinion" Not the States opinion!

H- Hayes, Does state within both of her sworn Affidavits! That "in her opinion" (Clearly she cannot claim that she is hidden from libility! of her own actions of of the outcome of the same)

I- Hayes, Uses her "Exhibit D", To Justify her Action herein but § 8(b), Paragraph "2. Clearly states that an inmate! is not compelled to enter into any of the programs! requested by A.D.O.C. Staff! and no where within Para "2 is there any threat of, or Mention of Punishment or "Retaleation" for refussing such requested programs! but in Para "3 it states! That an inmate must enter into and complete. only Those programs, ordered by the Court.

J- Hayes, Does admit in her sworn Statement! She does clearly use (a)" an Implied Promise of Minimum custody" (Thereby giving a Liberty interest in such).and Hayes also admits! she uses the open Threat! "either you do what I (Hayes) request or) you will not obtain lessor custody, nor a transfer to any other facility!

This is Hayes's opinion and Judgment not the A.D.O.C.

K- Taylor would demand proof of any inmate! Ever being Rehabilited because Hayes ordered him Too complete SAP (crimebill) (a program that is Ran by The inmate Dorm Leaders, and Peace Keepers Picked by The Dorm Leaders (They issue RV's (Rule Violation) and also adjudge All Punishment (10C hrs)

This instant suit is filed with Hayes as The Defendant Not the State.

1- Taylor, would also ask.' If it is a Constitutional Violation,' too force any inmate to participate in a Reglish based, Program! That may be in conflict with his own Regligion! "Twarog v Campbell, 2:06cv-811-T a currently pending suit concerning The SAP Program and Classification of ECF. in This Hon Court.'

## Argument

Taylor holds That Hayes,' has not only violated The right of The freedom to refuse any suggested Program, without Retaleatory Action being used,' or The use of Retaleation being threatened by ADOC. Employees (see Para. 2 & 4 supplemental Special Report) because Taylor, appears To Hayes, To have a drug Problem! also again According to (Judge) Hayes.' Poses a Safety risk. To Society,', Hayes Claims The Right to go beyond The Judgment of The Court. Judge, and Too Demand a Truly Useless Additional and Unfounded punishment on Taylor, and by doing so,
violates Taylor's, Right of due Process,' by using Threats of retaleatory Action,' which violates The terms of The Agreement in the Plea Bargian.!'
Hayes nor ADOC.' can Amend nor Modify The Terms of The Court's Sentencing Order, To Cause Taylor or any other (Person) To do a greater, or More Sever Punishment Than The Court Sentenced him To serve i.e a Program That is Ran by The inmates." who have almost Absolute Control, over The Daily Life of other inmates in The Program ADOC/SAP. holds That, No inmate Shall have Authority, over another inmate!
But Hayes' uses The force of Threatened Retoleatory

To Compel Inmates (page 3+4 supplemental special Report) To Participate in The Programs, She (in her own opinion) Selects for Them To Participate in! ususally (by mail) within 3 or 4 days After entering ECF, without any Alleged meeting The inmate Attends!!

Taylor would Move This Hon. Court Judge "MH Tompson" or "Magistrate Russ-Walker" To Review in Person The manner. The SAP. & ECF, + Pre-SAP., After Care SAP. is Ran and by Whom!!! (The other inmates unqualified) Except for The Friendship with "mr Wegenor and ms Scott)

Hayes, clearly feels That She (whos qualifications are in question by Taylor as to what Education, and The other Actual Training Hayes Possess!') Hayes began her Term of Employeement, with A.D.O.C. as a Correctional officer and Moved From CO1 To Classification Specialist.'

Taylor again reinstates each and every claim + issue, Raised within This Suit and again Points To The Pending Civil Action That Deals with The SAP. set up at ECF, and The Style It is Ran "Twarog, et al. V Campbell 2:05-CV 811 T"

Taylor Now Moves This Court To Rule in Favor of The Plaintiff (Taylor) and To issue an order Restraining both Hayes, and any Other A.D.O.C. Employee of official at ECF, from any Type of Reteleation due To This Civil Action, Plus an Approperate Amount of monetary Relief.'

Taylor, Avers That each and every claim is True and Factual and Presented in good Faith, and again would ask in The interest of Justice.' That A member of This Court do an In Person Review of The Crime bill SAP opperated at ECF

Respectfully Submitted
/s/ Martin Taylor
Martin Taylor #153251

Certificate of Service

I Certify That a Copy of This Reply has Been Served upon Hayes's Attorney, by Placing The Same in The Legal Mail System at ECF. Properly Addressed and Postage Prepaid Done This 22nd day of May 2006

cc file
cc
Bettie Carmack, AAG.
11 S Union St.
Montgomery, Al 36130

/s/ Martin Taylor
Martin Taylor 153251
9B-2
Easterling Corr. F
200 Wallace Dr.
Clio, AL 36017