```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000312
Cashier ID: cstrecke
Transaction Date: 09/05/2007
Payer Name: EASTERLING CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: MARTIN TAYLOR
 Case/Party: D-ALM-2-06-CV-000126-001
 Amount:         $2.00
------------------------------------
CHECK
 Remitter: EASTERLING CORRECTIONAL FAC
 Check/Money Order Num: 2865
 Amt Tendered:   $2.00
------------------------------------
Total Due:       $2.00
Total Tendered:  $2.00
Change Amt:      $0.00

DALM206CV000126-M
MARTIN TAYLOR
```