IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARTIN TAYLOR, # 153251,           )
                                   )
            Plaintiff,             )
                                   )
    v.                             )        CIVIL ACTION NO. 2:06cv126-MHT
                                   )                    (WO)
SANDRA HAYES,                      )
                                   )
            Defendant.             )

**ORDER**

On May 23, 2008 (Doc. # 17), the magistrate judge filed a recommendation in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED as follows:

1.    The recommendation of the magistrate judge (Doc. # 17) is adopted.

2.    The defendant's motion for summary judgment (Doc. # 6) is granted.

3.    Judgment is entered in favor of the defendant and against the plaintiff, with plaintiff taking nothing by his complaint.

4.    The costs of this proceeding are taxed against the plaintiff, for which execution may issue.

DONE, this the 25th day of June, 2008.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE